FREDERIC B. STUDWELL, Appellant, v. THE BUSH COM-
PANY, LIMITED, Respondent, Impleaded with Another.

(Submitted January 6, 1913; decided January 14, 1913.)

Motion for re-argument denied, with ten dollars costs.
(See 206 N. Y. 416.) _____

In the Matter of the Probate of the Will of EDWARD O.
KINDBERG, Deceased.

AUGUST REYMERT et al., Appellants; THE PRESBYTERIAN
HOSPITAL IN THE CITY OF NEW YORK, Respondent.

(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to amend remittitur.   (See 207 N. Y. 220.)

Motion granted so as to award the guardian ad litem
his costs and disbursements in this court payable out of
the estate. _____

EMIL SCHWEINBURG, Respondent, v. BENJAMIN ALTMAN,
Appellant.

Schweinburg v. Altman, 145 App. Div. 377, affirmed.
(Argued December 16, 1912; decided January 21, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 16, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
upon certain contracts.

Edmund L. Mooney, Solomon Hanford and Frederick
A. Card for appellant.

Nathan Ottinger and William N. Cohen for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK and
CHASE, JJ.   Dissenting: GRAY, WILLARD BARTLETT and
COLLIN, JJ.